

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00004-CV

_____

RICARDO R. HINOJOS, Appellant

V.

GORDON MORALES, ARCHER WESTERN HERZOG, AND MATT HEMSATH,
Appellees

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-359918-24

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

On December 3, 2024, Appellant Ricardo R. Hinojos, proceeding pro se, filed a motion for summary judgment in the trial court. On January 2, 2025, Appellant filed a notice of appeal in this court, stating that the "appeal is based on the trial court's refusal to address or acknowledge the MSJ." He subsequently filed several motions.

On January 14, 2025, we sent the parties a letter stating that the court was concerned that it might not have jurisdiction over this appeal because there did not appear to be a final judgment or appealable interlocutory order in this case. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that generally appeals may be taken only from final judgments or interlocutory orders authorized by statute). We stated that we could dismiss this appeal for want of jurisdiction unless Appellant or any party desiring to continue the appeal filed a response on or before January 24, 2025, showing grounds for continuing the appeal.

Appellant filed a response, but it does not show grounds for continuing the appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lehmann*, 39 S.W.3d at 195, 200.[1]

Per Curiam

Delivered: February 6, 2025

---

[1]Having dismissed the appeal for lack of jurisdiction, all pending motions are now moot.